NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1504

I4I LIMITED PARTNERSHIP and
INFRASTRUCTURES FOR INFORMATION INC.,

Plaintiffs-Appellees,

v.

MICROSOFT CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of
Texas in case no. 07-CV-113, Judge Leonard Davis.

ON MOTION

PER CURIAM.

## O R D E R

Microsoft Corporation moves for a stay, pending appeal, of the district court's injunction. The appellees oppose. Microsoft replies.

Without prejudicing the ultimate determination of this case by the merits panel, the court determines based upon the motion papers submitted that Microsoft has met its burden to obtain a stay of the injunction.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

43

FOR THE COURT

SEP – 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Donald R. Dunner, Esq.
      Matthew D. Powers, Esq.
      John Thornburgh, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP – 3 2009

JAN HORBALY
CLERK

2009-1504                              - 2 -